Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, and VIVIAN S. JUDELSON CONTRIBUTORY IRA, Individually and On Behalf of All Others Similarly Situated, | ECF Case<br><br>Civil Action No. 07-7972 |
| Plaintiffs, | **NOTICE OF MOTION** |
| vs. | |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS, | |
| Defendants. | |

-------------------------------------------------------------- X

| | |
|---|---|
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 07-08438 |
| vs. | |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN DAVIS PICKENS, | |
| Defendants. | |

-------------------------------------------------------------- X

```
------------------------------------------------------------- X
```
PAUL BERGER, Individually and On Behalf
of All Others Similarly Situated,

                      Plaintiffs,                  Civil Action No. 07-8689

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                      Defendants.
```
------------------------------------------------------------- X
```

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Jeffrey S. Abraham and the accompanying memorandum of law, Plaintiff Paul Berger will move this Court, on December 5, 2007 at 10:00 a.m. or as soon thereafter as this matter can be heard, before the Honorable P. Kevin Castel, in Courtroom 12C, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Fed. R. Civ. P. 42(a) and the Private Securities Litigation Reform Act of 1995, for an order consolidating all related actions, for Paul Berger's appointment as lead plaintiff and for the appointment of Abraham, Fruchter & Twersky, LLP as lead counsel and for such other relief as the Court may deem just and proper.

Dated: November 13, 2007

                                                ABRAHAM, FRUCHTER & TWERSKY, LLP

                                                By: _____
                                                      Jeffrey S. Abraham (JA-2946)
                                                      Lawrence D. Levit (LL-9507)
One Penn Plaza, Suite 2805
New York, N.Y. 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

                                            **Proposed Lead Counsel for Plaintiffs**