Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

VIVIAN AND LEONARD JUDELSON, as
Trustees of the VIVIAN JUDELSON
REVOCABLE TRUST DATED 10/9/95,
and VIVIAN S. JUDELSON CONTRIBUTORY
IRA, Individually and On Behalf of All Others
Similarly Situated,

      Plaintiffs,

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

      Defendants.
------------------------------------------------------------ X

HENRY NELSON, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN DAVIS PICKENS,

      Defendants.
------------------------------------------------------------ X

ECF Case

Civil Action No. 07-7972

Civil Action No. 07-08438

```
-------------------------------------------------------- X
```
PAUL BERGER, Individually and On Behalf
of All Others Similarly Situated,

                      Plaintiffs,

                                                             Civil Action No. 07-8689

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                      Defendants.

```
-------------------------------------------------------- X
```

## AFFIDAVIT OF JEFFREY S. ABRAHAM

STATE OF NEW YORK  )
                            ) ss.
COUNTY OF NEW YORK  )

    JEFFREY S. ABRAHAM, being duly sworn deposes and says:

    1.    I am a partner at Abraham, Fruchter & Twersky, LLP, counsel for plaintiff Paul Berger in the above-captioned actions and am admitted to practice before this Court. I am submitting this affidavit in connection with and in support of the motion of Mr. Paul Berger to be appointed lead plaintiff and for approval of his selection of my firm as lead counsel in this action.

    2.    Attached hereto as Exhibit A is a true and correct copy of the first notice disseminated to Tarragon investors concerning the pendency of the class action.

    3.    Attached hereto as Exhibit B is a true and correct copy of the certification which Mr. Berger previously filed together with his Class Action Complaint identifying his purchases and sales of Tarragon stock during the class period.

4.  Attached hereto as Exhibit C is a copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

_____
Jeffrey S. Abraham

Sworn Before Me This
13th Day of November, 2007

_____
Notary Public

MITCHELL M.Z. TWERSKY
Notary Public, State of New York
No. 02TW4880054
Qualified in New York County
Commission Expires September 18, 20 10