Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------- X

VIVIAN AND LEONARD JUDELSON, as
Trustees of the VIVIAN JUDELSON
REVOCABLE TRUST DATED 10/9/95,
and VIVIAN S. JUDELSON CONTRIBUTORY
IRA, Individually and On Behalf of All Others
Similarly Situated,

                Plaintiffs,

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                Defendants.
----------------------------------------------------------- X

HENRY NELSON, Individually and On Behalf
of All Others Similarly Situated,

                Plaintiff,

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN DAVIS PICKENS,

                Defendants.

----------------------------------------------------------- X

ECF Case

Civil Action No. 07-7972

Civil Action No. 07-08438

------------------------------------------------------------- X
PAUL BERGER, Individually and On Behalf
of All Others Similarly Situated,

                  Plaintiffs,

vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                  Defendants.

------------------------------------------------------------- X

Civil Action No. 07-8689

## CERTIFICATE OF SERVICE

The undersigned certifies that the following statement is true under penalty of perjury:

I am a member of the Bars of the State of New York and the United States District Court for the Southern District of New York. I am an attorney with the firm of Abraham Fruchter & Twersky LLP, for Plaintiff Paul Berger in the *Berger v. Tarragon Corp., et al* action. I am over the age of 18 and not a party to this action. I hereby certify under penalty of perjury that on November 13, 2007 I caused to be served a copy of the following documents:

    (i)    Notice of Motion;

    (ii)    Memorandum of Law in Support of Plaintiff Paul Berger's Motion: (i) To Consolidate All Related Cases Pursuant to Fed. R. Civ. P. 42; (ii) To Be Appointed Lead Plaintiff; and (iii) Approving the Selection of the Firm Abraham, Fruchter & Twersky, LLP as Lead Counsel;

    (iii)    Affidavit of Jeffrey S. Abraham.

upon the counsel of record listed below via the Court's ECF system:

Eliot Lauer, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendants William S. Friedman,
Robert P. Rothenberg and Erin Davis Pickins*


and by facsimile on the following:

Ian Berg, Esq.
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Attorneys for the Judelson Plaintiffs*

Eliot Lauer, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendants William S.
Friedman, Robert P. Rothenberg and Erin
Davis Pickins*

Samuel Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Henry Nelson*


_____
Lawrence D. Levit