

**Abraham Fruchter & Twersky LLP**

One Penn Plaza, Suite 2805, New York, NY 10119
Tel: 212.279.5050   Fax: 212.279.3655   www.aftlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

MEMO ENDORSED

RECEIVED NOV 14 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

November 13, 2007

By Federal Express

Honorable P. Kevin Castel
United States District Judge
U. S. District Court, Southern District of New York
500 Pearl Street
Room 2260
New York, N.Y. 10007

    Re: *Judelson v. Tarragon Corp., et al.*; Case No. 07-7972 (PKC);
        *Nelson v. Tarragon Corp., et al.*; Case No. 07-8438 (PKC); and
        *Berger v. Tarragon Corp., et al.*; Case No. 07-Civ-8689 (PKC)

Dear Judge Castel:

    We are counsel for plaintiff Paul Berger in one of the above-referenced actions.

    Rule 2.A.1 of Your Honor's Individual Practices require a pre-motion conference prior to filing a motion. However, the federal securities laws require that any motion for appointment of lead plaintiff be filed no later than 60 days after notice of the lawsuit's commencement is publicly disseminated. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). That motion, based on the timing of the notice, is due today. A pre-motion conference cannot obviate the need for a motion given the statutory requirement. Therefore, we respectfully request that Your Honor waive the general requirement for a pre-motion conference for this particular motion.

    Also, pursuant to Your Honor's Individual Practices, enclosed are courtesy copies of the motion papers, consisting of a Notice of Motion, Memorandum in Support and the Affidavit of Jeffrey S. Abraham with attached exhibits.

                                                                Respectfully,

                                                                Jeffrey S. Abraham

cc: Ian Berg, Esq.
    Samuel Rudman, Esq.
    Eliot Lauer, Esq.
    (by facsimile)

[Handwritten memo endorsement: "Pre-motion conference waived for all motions for appointment of lead counsel. SO ORDERED. P. Kevin Castel, U.S.D.J. 11-14-07"]