Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, and VIVIAN S. JUDELSON CONTRIBUTORY IRA, Individually and On Behalf of All Others Similarly Situated, | ECF Case |
| Plaintiffs, | Civil Action No. 07-7972 |
| vs. | |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS, | |
| Defendants. | |

------------------------------------------------------------- X

| | |
|---|---|
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Civil Action No. 07-08438 |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN DAVIS PICKENS, | |
| Defendants. | |

------------------------------------------------------------- X

```
------------------------------------------------------------ X
PAUL BERGER, Individually and On Behalf
of All Others Similarly Situated,

                        Plaintiffs,
                                                    Civil Action No. 07-8689
        vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                        Defendants.
------------------------------------------------------------ X
```

## CERTIFICATE OF SERVICE

The undersigned certifies that the following statement is true under penalty of perjury:

I am a member of the Bars of the State of New York and the United States District Court for the Southern District of New York. I am an attorney with the firm of Abraham Fruchter & Twersky LLP, attorneys for Plaintiff Paul Berger in the *Berger v. Tarragon Corp., et al* action. I am over the age of 18 and not a party to this action. I hereby certify under penalty of perjury that on December 4, 2007 I caused to be served a copy of the following documents:

    (i)    Memorandum of Law of Plaintiff Paul Berger In Further Support of His Appointment as Lead Plaintiff;

by postage pre-paid First Class US Mail on the following:

| | |
|---|---|
| Ian Berg, Esq.<br>Schiffrin, Barroway, Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Samuel Rudman, Esq.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| *Attorneys for the Judelson Plaintiffs* | *Attorneys for Plaintiff Henry Nelson* |

Eliot Lauer, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendants William S. Friedman, Robert P. Rothenberg and Erin Davis Pickins*

Michael A. Swick, Esq.
Kim E. Miller, Esq.
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, New York 10017

Lewis S. Kahn, Esq.
Kahn Gauthier Swick, LLC
650 Poydras St., Suite 2150
New New Orleans, Louisiana 70130

*Attorneys for Plaintiff Pascual Rodriguez*

_____
Lawrence D. Levit