# EXHIBIT A

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# SCHEDULE 14A

### PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE SECURITIES EXCHANGE ACT OF 1934

Filed by the Registrant
Filed by a Party other than the Registrant
Check the appropriate box:

## Tarragon Corporation
(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

(1) Title of each class of securities to which transaction applies:

(2) Aggregate number of securities to which transaction applies:

(3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4) Proposed maximum aggregate value of transaction:

(5) Total fee paid:

Table of Contents



# TARRAGON CORPORATION

## NOTICE OF ANNUAL MEETING OF STOCKHOLDERS
## TO BE HELD TUESDAY, JUNE 6, 2006

To Our Stockholders:

We will hold our 2006 annual meeting of stockholders on Tuesday, June 6, 2006 at 1:00 p.m., local New York City time, at our executive offices located at 423 West 55th Street, 12th Floor, New York, New York 10019. At the meeting, stockholders will consider and take action on the following matters:

1. Election of ten directors;

2. Ratification of the selection of Grant Thornton LLP as independent registered public accounting firm for the fiscal year ending December 31, 2006;

3. Approval of the Tarragon Corporation Incentive Compensation Plan; and

4. Transaction of any other business properly brought before the meeting.

You are cordially invited to attend the annual meeting in person.

You must be a stockholder of record at the close of business on April 6, 2006, to vote at the annual meeting.

Your vote is important. Accordingly, whether or not you plan to attend the annual meeting, please sign, date and promptly return the enclosed proxy card in the envelope provided.

Dated: May 2, 2006

By Order of the Board of Directors

*Kathryn Mansfield*

Kathryn Mansfield
Executive Vice President,
Secretary and General Counsel

Table of Contents

# PROPOSAL 1
# ELECTION OF DIRECTORS

Ten directors will be elected at this year's annual meeting. Each director elected at the annual meeting will serve until our next annual meeting of stockholders in 2007 or until his or her successor has been duly elected.

## Director Nominees

All of the nominees are currently members of our Board of Directors. Each of the nominees has consented to being named in this proxy statement as a nominee and has agreed to serve as a director if elected. Your proxy will vote your shares for the election of each of the nominees unless you instruct otherwise. If any nominee is unable or unwilling to serve (an event which is not anticipated), then your proxy may vote for any substitute nominee proposed by the Board of Directors.

**The Board of Directors recommends that you vote FOR each of the following nominees for election as director:**

**Willie K. Davis** (74) has served on our Board of Directors since April 1997. He also served on the Boards of Trustees of our predecessors, Vinland Property Trust (from October 1988 to July 1997) and National Income Realty Trust (from October 1988 to March 1995). Mr. Davis served as President (from 1971 to 1985) and Chairman and 50% stockholder (from 1985-2000) of Mid-South Financial Corporation, the holding company for Mid-South Mortgage Company and Gibbs Mortgage Company, as well as President (from 1978 to 1995) and Chairman and sole stockholder (from 1995-1999) of FMS, Inc., a property management and real estate development firm. He was a Director of Southtrust Bank of Middle Tennessee from 1987 through 2005.

**Richard S. Frary** (58) has served on our Board of Directors since April 2004. Mr. Frary is the founder and President of Tallwood Associates, Inc., a private investment firm based in New York City (since 1990). He is also a Director of Newkirk Realty Trust, Inc., a publicly traded real estate investment trust. A graduate of the Johns Hopkins University, where he serves as a Trustee, Mr. Frary holds a Masters of Business Administration from Harvard Business School and is a Certified Public Accountant.

**William S. Friedman** (62) has served as our Chief Executive Officer and director since April 1997. He has also served as Chairman of the Board of Directors since December 2000, and as President from April 1997 through June 2004. He previously served as a Trustee (from March 1988), Chief Executive Officer (from December 1993), President (from December 1988), acting Chief Financial Officer (from May 1990 to February 1991), Treasurer (from August to September 1989), and acting Principal Financial and Accounting Officer (from December 1988 to August 1989) of our predecessors, Vinland Property Trust (until July 1997) and National Income Realty Trust (until November 1998). Mr. Friedman currently serves on the Board of Trustees of Brandeis University.

5

Table of Contents

**Lance Liebman** (64) has served on our Board of Directors since December 1998. He also served on the Board of Trustees of our predecessor, National Income Realty Trust, from March 1994 to November 1998. Professor Liebman is the William S. Beinecke Professor of Law at Columbia Law School and the Director of the Parker School of Foreign and Comparative Law. He also serves as Director of the American Law Institute. He was the Dean of Columbia Law School from 1991 to 1996, and he served as Assistant Professor, Professor and Associate Dean of Harvard Law School from 1970 to 1991. He has been a Director of the Greater New York Insurance Co. (both mutual and stock companies) since 1991; a Director of Brookfield Financial Properties, Inc. since 1996; and a Director of Brookfield Asset Management since 2005. He has been an attorney at law since 1968.

**Robert C. Rohdie** (65) has served on our Board of Directors and as President and Chief Executive Officer of Tarragon Development Corporation, a wholly owned subsidiary responsible for real estate development and renovation projects, since February 2000. Since 1988, Mr. Rohdie has also served as President of Rohdhouse Investments, Inc., his wholly owned real estate development company, which acted as our joint venture partner in new construction and development projects from 1997 through 2000. Mr. Rohdie has been an attorney at law since 1965.

**Robert P. Rothenberg** (47) has served on our Board of Directors and as our Chief Operating Officer since September 2000. He has been our President since June 2004. Mr. Rothenberg has been the managing member of APA Management LLC, a real estate investment and management company, since 1994. He is also a managing member of Ansonia LLC, our partner in Ansonia Apartments, L.P. Mr. Rothenberg graduated from the Harvard Business School with a Masters of Business Administration in June 1984.

**Lawrence G. Schafran** (67) has served on our Board of Directors since December 1998. He also served on the Board of Trustees of our predecessor, National Income Realty Trust, from March 1995 to November 1998. Mr. Schafran is a Managing Partner of Providence Capital Partners, LLC (since March 2005) and a Managing Director of Providence Capital, Inc. (since July 2003). He served as Chairman of the Board (from January 1996 to January 2003) and Co-Chief Executive Officer (from January 2000 to January 2003) of Delta-Omega Technologies, Inc., a specialty chemical company based in Broussard, Louisiana. He also served as a Director, Chairman, Interim CEO and Co-Liquidating Trustee (from December 1999 to September 2003) of the Banyan Strategic Realty Trust, a NASDAQ traded equity REIT, and as a Director of WorldSpace, Inc. from April 2000 to July 2005. He has been a Director of PubliCARD, Inc. since 1986.

**Martha E. Stark** (45) was appointed to our Board of Directors in December 2005. She has served as Finance Commissioner for the City of New York since February 2002. She was a portfolio manager for the Edna McConnell Clark Foundation, a non-profit foundation, from 2000 through February 2002. She has been an attorney at law since 1986.

**Raymond V.J. Schrag** (60) has served on our Board of Directors since December 1998. He also served on the Boards of Trustees of our predecessors, Vinland Property Trust (from October 1988 to May 1995) and National Income Realty Trust (from October 1988 to November 1998). Mr. Schrag has been an attorney in private practice in New York City since 1973.

6

Table of Contents

**Carl B. Weisbrod** (61) has served on our Board of Directors since December 1998. He also served as Chairman of our Board of Directors from December 1998 to December 2000. He was Chairman of the Board of Trustees of our predecessor, National Income Realty Trust, from February 1994 to November 1998, and a member of the Board of Trustees of our predecessor, Vinland Property Trust, from February 1994 to May 1995. Mr. Weisbrod has been the President of Trinity Real Estate since July 2005. He previously served as the President of Alliance for Downtown New York, Inc. from January 1995 through July 2005. He has been a Trustee of the Ford Foundation since 1996.

### Independent Directors

The Board has determined that Ms. Stark and Messrs. Davis, Liebman, Schafran, Schrag and Weisbrod are "independent directors" within the meaning of the NASDAQ Marketplace Rules. The independent directors meet in executive session without members of management present following each regularly scheduled Board meeting. The independent directors have appointed Carl B. Weisbrod as the director to preside over these executive sessions.

### Board Meetings and Committees

During the fiscal year ended December 31, 2005, our Board of Directors met six times. Each of our directors attended at least 75% of all meetings held by the Board and all meetings held by the committees of the Board, if any, upon which they served during the period of time that they served on the Board or such committees. Although we do not have a formal policy with regard to Board member's attendance at our annual meetings, all directors are encouraged to attend, and all did attend the 2005 annual meeting.

The Board has an Audit Committee, an Executive Compensation Committee and a Corporate Governance and Nominating Committee.

The Audit Committee of the Board of Directors is composed of four independent directors and currently consists of Lawrence G. Schafran (Chairman), Raymond V.J. Schrag, Willie K. Davis and Martha E. Stark. The Board of Directors has determined that each of the members of the Audit Committee is independent, as that term is defined under the NASDAQ Marketplace Rules relating to audit committees, and meets the experience requirements of the NASDAQ Marketplace Rules, as well as the requirements of the Securities Exchange Act of 1934. In addition, the Board has determined that Mr. Schafran qualifies as an "audit committee financial expert" under the federal securities laws, and as defined in the NASDAQ Marketplace Rules. The Audit Committee operates under a written charter, a copy of which is attached as **Appendix I** to this proxy statement. A copy of the Audit Committee charter is also posted on our website at www.tarragoncorp.com and is available to stockholders upon written request to our corporate secretary. The Audit Committee engages our independent registered public accounting firm, considers the independence of that firm, reviews with them the plans and results of the audit engagement, approves all audit and non-audit fees, and reviews and reassesses the committee charter on an annual basis. The Audit Committee met five times during 2005.

The Executive Compensation Committee is also composed of four independent directors, and currently consists of Carl B. Weisbrod (Chairman), Lawrence G. Schafran, Raymond V. J. Schrag and Lance Liebman. The Executive Compensation Committee oversees our compensation policies and practices, approves the compensation of our Chief Executive Officer, as well as our other senior

Table of Contents

the first day of each fiscal year. The exercise price of all options granted under the Director Plan was equal to the market price on the grant date. The options were immediately exercisable, and expired on the earlier of the first anniversary of the date on which a director ceases to be a director or ten years from the date of grant. Pursuant to the terms of the Director Plan, each of our incumbent non-employee directors (other than Martha E. Stark, who was not then on the Board) received options to purchase 2,000 shares of our common stock in January 2005. The Director Plan expired in November 2005.

In December 2005, the Executive Compensation Committee recommended, and the Board approved, a standing award of options for 2,000 shares of our common stock to each non-employee director serving on the Board on the first business day of each fiscal year under our Amended and Restated Omnibus Plan (the "Omnibus Plan"). In January 2006, each of our incumbent non-employee directors received options to purchase 2,000 shares of our common stock, consistent with the annual grants formerly made under the Director Plan.

In March 2006, the Board of Directors approved an award of 500 shares of restricted common stock to each non-employee director then serving on the Board, pursuant to the terms of the Omnibus Plan. These shares were immediately vested, but cannot be sold until such time that the director ceases to serve on our Board.

**Certain Relationships and Related Transactions**

With the approval of our Board of Directors, affiliates of William S. Friedman and his wife, Lucy N. Friedman, made a $20 million unsecured line of credit available to us. Advances under this line of credit bear interest at LIBOR plus 1% per annum or the lowest rate at which credit is offered to us by any third party. The largest aggregate amount of indebtedness under the line of credit in 2005 was $12,488,107. Interest of $49,000 accrued during the year. As of December 31, 2005, there were no amounts outstanding under this line of credit. Effective in January 2006, the line of credit was increased to $30 million and its term extended until January 2008.

As an accommodation to us, Mr. and Mrs. Friedman and their affiliates have pledged 975,000 shares of Tarragon common stock as partial security for a line of credit with a bank. We have agreed to indemnify Mr. and Mrs. Friedman and their affiliates from any loss, cost, or liability associated with this accommodation pledge or the line of credit. As collateral for our indemnification obligations, we have agreed to pledge shares of our treasury stock to Mr. and Mrs. Friedman and their affiliates.

In February 2000, we entered into an agreement to acquire the interests of Robert C. Rohdie and his affiliates in ten apartment communities. Mr. Rohdie, our partner in the development of these projects, contributed his equity interests to Tarragon Development Company, LLC ("TDC"), an operating entity we formed, in exchange for a preferred interest in TDC of $10 million. Mr. Rohdie joined us as the President and Chief Executive Officer of Tarragon Development Corporation, our wholly owned subsidiary, and a member of our Board of Directors, in February 2000.

Mr. Rohdie's preferred interest earns a guaranteed return. For 80% of the preferred interest, it is a guaranteed fixed return of 5% for the first two years, increasing by 1% per year until it reaches 10% in year seven. The remaining 20% of the preferred interest earns an amount equal to the cash dividends payable, if any, on 668,096 shares of our common stock. Mr. Rohdie received distributions of $623,556 in 2005 in payment of this guaranteed return.

Table of Contents

Mr. Rohdie can convert his preferred interest in TDC into 668,096 shares of our common stock and preferred stock with a face value of up to $8 million and a like dividend to his guaranteed fixed return. If we do not have available a class of preferred stock outstanding at the time of the conversion, or at our discretion, we may pay Mr. Rohdie the cash value of his preferred interest over three years. Beginning in February 2006, Mr. Rohdie may elect to convert his preferred interest into cash, payable over three years. The cash value that would be payable to Mr. Rohdie for the conversion of his preferred interest is equal to the sum of (i) the liquidation preference multiplied by the number of shares of preferred stock payable upon conversion (550,000 shares as of December 31, 2005) and (ii) the market value of 668,096 shares of our common stock. As of December 31, 2005, the cash value of Mr. Rohdie's preferred interest was $20,376,148.

In 1997, we formed Ansonia Apartments, L.P., a Delaware limited partnership ("Ansonia"), with Ansonia LLC, a New York limited liability company. Richard S. Frary, Joel Mael, Robert Rothenberg, Saul Spitz and Eileen Swenson are members in Ansonia LLC, which is the limited partner in Ansonia. TDC is the general partner of Ansonia. Messrs. Rothenberg and Spitz and Ms. Swenson became officers of Tarragon and Mr. Rothenberg was appointed to our Board of Directors in September 2000. Mr. Frary joined our Board of Directors in April 2004.

Our investment in Ansonia was fully recovered in 2002 from distributions to the partners of cash proceeds from property sales, mortgage refinancings, supplemental mortgages and property operations.

In November 2000, we formed Ansonia Liberty LLC, a Connecticut limited liability company, for the purpose of acquiring a 124-unit apartment community known as the "Liberty Building" located in New Haven, Connecticut. In October 2001, Mr. Frary acquired a 10% member interest in Ansonia Liberty LLC. Our investment in Ansonia Liberty LLC was fully recovered in 2002 from distributions to the members of cash proceeds from refinancing of the mortgage secured by the property.

In November 2005, we contributed our interests in fourteen apartment properties, including the Liberty Building, to Ansonia in exchange for an increased ownership interest in Ansonia, and Mr. Frary contributed his interest in Ansonia Liberty LLC in exchange for an individual ownership interest in Ansonia. Simultaneously, Ansonia closed a $391 million non-recourse structured financing secured by first and second lien mortgages on 23 of its 25 properties and pledges of equity interests in the related property-owning entities.

In 2005, we received $64.4 million in cash distributions from Ansonia, including $64 million representing our share of the net proceeds from the structured financing transaction. We also received property management fees of $1,142,087 from properties owned by Ansonia. Mr. Rothenberg, Mr. Spitz, Mr. Frary, and Ms. Swenson received cash distributions of $2,802,593, $1,868,298, $1,167,760 and $500,404, respectively, from Ansonia in 2005. Mr. Frary also received $23,769 in cash distributions from Ansonia Liberty in 2005.

In November 1999, we formed Tarragon Calistoga LLC, a Nevada limited liability company, with Mr. Frary. We have an 80% managing member interest in Tarragon Calistoga LLC, and Mr. Frary holds the remaining 20% member interest. Tarragon Calistoga LLC owns (i) a 5% member interest in Calistoga Ranch Owners LLC, a California limited liability company, which owns a property development in Napa Valley, California, and (ii) a 25% member interest in CR Tarragon Palm Springs LLC, a California limited liability company, which owns a Palm Springs, California resort development. In June 2001, Frary received $133,289.50 in distributions from Tarragon

11

Calistoga LLC, of which $100,000 was a return of his initial investment contribution, and we received $533,157.99. Frary has since made additional net contributions to Tarragon Calistoga LLC of approximately $222,451.

We believe that the foregoing transactions were at least as advantageous to us as we could have obtained from unrelated third parties.

### Report of the Audit Committee of the Board of Directors

As the Audit Committee of the Board of Directors, we are composed of independent directors as required by the NASDAQ Marketplace Rules relating to audit committees, as well as the requirements of Rule 10A-3 under the Securities Exchange Act of 1934. We operate pursuant to a written charter adopted by the Board of Directors that is attached to this proxy statement as Appendix I and which is available on the company's website.

We oversee Tarragon's auditing, accounting and financial reporting processes and the audit of the financial statements of the Company, on behalf of the Board. We also have the sole authority to select, retain and terminate the Company's independent auditors.

Management is responsible for preparing Tarragon's financial statements and for maintaining internal controls. Grant Thornton LLP, the Company's independent registered public accounting firm, is responsible for auditing the financial statements and for expressing an opinion as to whether those audited financial statements fairly present the financial position, results of operations and cash flows of the Company in conformity with generally accepted accounting principles. Our job is one of oversight.

In carrying out our oversight responsibility, we have reviewed and discussed the audited consolidated financial statements of the Company for the 2005 fiscal year with management, and have discussed with Grant Thornton the matters required to be discussed by Statement on Auditing Standards No. 61 (Codification of Statements on Auditing Standards, AU sec. 380) which includes, among other things, matters related to the conduct of the audit of the Company's financial statements. We have received the written disclosures and the letter from Grant Thornton required by Independence Standards Board Standard No. 1 (Independence Discussions with Audit Committees), and we have discussed with representatives of Grant Thornton their independence. We have also determined that Grant Thornton's provision of non-audit services in 2005 was compatible with, and did not impair, their independence.

Based upon our review and the discussions described above, we recommended to the Board of Directors, and the Board has approved, that the audited consolidated financial statements be included in the Company's Annual Report on Form 10-K for the year ended December 31, 2005 filed with the Securities and Exchange Commission. We have also selected Grant Thornton LLP as the Company's independent registered public accounting firm for fiscal year 2006.

AUDIT COMMITTEE

| Raymond V.J. Schrag | Lawrence G. Schafran | Martha E. Stark | Willie K. Davis |
|---|---|---|---|

Table of Contents

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth information concerning the holdings of each person known to us to be the beneficial owner of more than five percent of our common stock, of each director and named executive officer, and of all of our directors and executive officers as a group. This information was furnished to us by the respective director, officer, or stockholder.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership | Approximate Percent of Class (1) |
|---|---|---|
| Lucy N. Friedman<br>1775 Broadway 23rd Floor<br>New York, New York 10017 | 12,146,550(2)(3)(5) | 42.5% |
| William S. Friedman<br>1775 Broadway 23rd Floor<br>New York, New York 10017 | 12,331,707(2)(3)(4)(5) | 42.9% |
| Richard S. Frary | 80,942(6) | * |
| Lance Liebman | 82,410(7) | * |
| L. G. Schafran | 88,004(8) | * |
| Raymond V.J. Schrag | 275,286(9) | 1% |
| Carl B. Weisbrod | 84,152(10) | * |
| Willie K. Davis | 42,379(11) | * |
| Robert C. Rohdie | 420,396(12) | 1.5% |
| Robert P. Rothenberg | 1,138,062(13) | 3.8% |
| Martha E. Stark | 2,500(14) | * |
| Todd Schefler | 107,655(15) | * |
| James M. Cauley, Jr. | 10,784(16) | * |
| All Directors and Executive Officers as a group (16 individuals) | 14,958,203 | 49.1% |

\*   Less than 1%.

(1) Percentages are based upon 28,567,364 shares of common stock outstanding at April 6, 2006.

25

Table of Contents

(2) Includes 5,674,074 shares owned by Mrs. Friedman directly. Mrs. Friedman is the spouse of William S. Friedman, our Chief Executive Officer and Chairman of our Board of Directors.

(3) Includes 3,727,996 shares owned by William S. Friedman directly (including 7,331 shares of restricted stock).

(4) Includes 170,157 shares covered by one presently exercisable option, and 15,000 shares covered by one presently exercisable stock appreciation rights agreement.

(5) Includes 424,488 shares owned by Tarragon Capital Corporation, of which Mr. and Mrs. Friedman are executive officers and directors; 446,977 shares owned by Tarragon Partners, Ltd., of which Mr. and Mrs. Friedman are limited partners and Tarragon Capital is the general partner; and 1,873,015 shares owned by Beachwold Partners, L.P., in which Mr. Friedman is the general partner and Mrs. Friedman and their four children are the limited partners.

(6) Includes 75,942 shares owned by Mr. Frary directly (including 500 shares of restricted stock), and 5,000 shares covered by two presently exercisable options.

(7) Includes 27,350 shares owned by Mr. Liebman directly (including 500 shares of restricted stock) and 55,060 shares covered by ten separate presently exercisable options.

(8) Includes 88,004 shares owned by Mr. Schafran directly (including 500 shares of restricted stock).

(9) Includes 215,775 shares owned by Mr. Schrag directly (including 500 shares of restricted stock), 2,000 shares covered by one presently exercisable option and 17,014 shares owned by Mr. Schrag's wife, Jean Schrag, individually. Also includes 40,497 shares held by Mr. Schrag as trustee, in which he or his wife has a remainder interest. Mr. and Mrs. Schrag disclaim beneficial ownership of these shares, except to the extent of their pecuniary interest therein. It does not include 46,916 shares held by Mr. Schrag as executor for the estate of Jane P. Norman, the deceased parent of Lucy N. Friedman. Mr. Schrag disclaims beneficial ownership of such shares.

(10) Includes 31,592 shares owned by Mr. Weisbrod directly (including 500 shares of restricted stock) and 52,560 shares covered by ten separate presently exercisable options.

(11) Includes 40,379 shares owned by Mr. Davis directly (including 500 shares of restricted stock) and 2,000 shares covered by one presently exercisable option.

(12) Includes 205,187 shares owned by Robert C. Rohdie and Rohdhouse Investments, Inc., a Florida corporation owned by Mr. Rohdie, (including 11,241 shares of restricted stock) and 2,209 shares owned by his spouse, Barbara Rohdie. Also includes 198,000 shares covered by one presently exercisable option and 15,000 shares covered by one presently exercisable stock appreciation rights agreement. See also "Certain Relationships and Related Transactions" for a discussion of Mr. Rohdie's interest in a joint venture with Tarragon.

(13) Includes 52,625 shares owned by Mr. Rothenberg directly (including 11,241 shares of restricted stock), 1,070,437 shares covered by three presently exercisable options, and 15,000 shares covered by one presently exercisable stock appreciation rights agreement.

Table of Contents

(14) Includes 500 shares of restricted stock and 2,000 shares covered by one presently exercisable option.

(15) Includes 15,779 shares owned by Mr. Schefler directly (including 9,828 shares of restricted stock), 88,876 shares covered by four presently exercisable options, and 3,000 shares covered by one presently exercisable stock appreciation rights agreement.

(16) Includes 10,784 shares owned by Mr. Cauley as of February 15, 2006, the effective date of his resignation as an officer.

### EQUITY COMPENSATION PLAN INFORMATION

As of December 31, 2005, our Omnibus Plan, Share Option and Incentive Plan and Director Plan were the only compensation plans under which our securities were authorized for issuance. These plans were approved by our stockholders. The following table provides information as of December 31, 2005.

| Plan Category | Number of shares of common stock to be issued upon exercise of outstanding options, warrants and rights | Weighted-average exercise price of outstanding options, warrants and rights | Number of shares of common stock remaining available for future issuance under equity compensation plans |
|---|---|---|---|
| Equity compensation plans approved by stockholders | 2,946,989 | $ 5.50 | 1,722,250(1) |
| Equity compensation plans not approved by stockholders | — | — | — |

(1) All of these shares are available for issuance under our Omnibus Plan, as both of our other plans expired in November 2005.

### COMPLIANCE WITH SECTION 16(A) REPORTING REQUIREMENTS

Section 16(a) of the Exchange Act requires that our directors, executive officers, and persons holding ten percent or more of our common stock file initial reports of ownership of the common stock and reports of any changes in that ownership to the SEC. Specific due dates for these reports have been established, and we are required to report any failure to file by these dates during fiscal 2005.

To our knowledge, based solely upon the written representations of our incumbent directors, executive officers, and ten percent stockholders and copies of the reports that they have filed with the SEC, these filing requirements were satisfied during 2005 except that Mr. Weisbrod filed a

27