# EXHIBIT I

Q4 2006 Tarragon Corp Earnings Conference Call - Final FD (Fair Disclosure) Wire March 20, 2007 Tuesday

Copyright 2007 Voxant, Inc.
All Rights Reserved.
Copyright 2007 CCBN, Inc.
All Rights Reserved.
FD (Fair Disclosure) Wire

March 20, 2007 Tuesday

**TRANSCRIPT:** 032007ah.709

**LENGTH:** 5843 words

**HEADLINE:** Q4 2006 Tarragon Corp Earnings Conference Call - Final

**BODY:**

OPERATOR: Good morning, and welcome to the Tarragon Corporation fourth quarter and year end 2006 earnings results conference call. Today's call is being recorded. At this time, for opening remarks and introductions, I would like to turn the conference over to Mr. Alan Oshiki. Please go ahead.

ALAN OSHIKI, BROADGATE CONSULTANTS, TARRAGON CORP: Thank you, operator, and good morning, everyone. On the call are Tarragon Chairman and CEO William Friedman; President and Chief Operating Officer Robert Rothenberg; Chief Financial Officer, Erin Pickens; and Chief Information Officer, William Thompson. This conference call is also being broadcast live on Tarragon's corporate website at www.tarragoncorp.com under the Investor Relations section.

Before we begin, I need to mention that some of the statements made on today's call include forward-looking statements made pursuant to the Safe Harbor provisions of the Private Securities Litigation Reform Act of 1995. Actual results and the timing of certain events could differ materially from those projected or contemplated by the forward-looking statements due to a number of factors including but not limited to general economic conditions, interest rates, weather, the availability of financing for development and acquisition, and other risk factors outlined in the Company's SEC filings, annual report, and Form 10-K. The Company assumes no responsibility to update these forward-looking statements. With that, I would like to turn the call over to Tarragon Chairman and CEO Bill Friedman. Bill?

BILL FRIEDMAN, CHAIRMAN, CEO, TARRAGON CORP: Thank you, Alan, and welcome, everyone. I will begin by reviewing the highlights of the fourth quarter and full-year results and then talk about our strategy going forward, and especially the proposed spin-off. Our net loss for the fourth quarter of 2006 was $25.1 million, or $0.89 per share fully diluted, compared to net income of $7.8 million for the quarter, or $0.26 per diluted share in the fourth quarter of 2005. Our fourth quarter results, like those of many home builders, was dominated by unusual market-driven items including impairment charges, write-downs, and gross margin adjustments. These alone impacted our earnings by $0.83 per share after tax. As the slowdown has continued, we reviewed all of our assets, active home building projects, rental properties, and land holdings. And we believe we have addressed all impairments based on current circumstances and information available today.

Consolidated revenue for the fourth quarter was $164 million, compared with $152 million for the fourth quarter of 2005, an increase of 8%. Compared to this year's third quarter, however, revenue of -- the fourth quarter revenue was up 37% from the $120 million of the third quarter. 2006 net income was $9.8 million, or $0.31 per diluted share, compared with $88.5 million or $2.93 per diluted share in 2005. Consolidated revenue for 2006 was $545 million compared to $595 million for 2005.

Home building sales, including revenue from unconsolidated ventures, were down 31% to 508 million in 2006, compared to 735 million in 2005. Most of this decline is attributable to lower condominium conversion revenue in our southeast markets, which were down 34% from 2005 levels. As we have stressed for the past year, our focus is and will continue to be on managing our balance sheet, our debt, and liquidities. As a result of this guiding principle, our debt associated with completed condominium conversions was reduced to $200 million at year end from 393 million at the beginning of 2006. The conversion debt at year end represents only 35% of our ending inventory, valued at current pricing.

We're continuing this strategy in 2007 and are on track to reach our goal of further reducing condominium conversion debt to about $75 million by the end of this year, while generating at least $75 million in net cash proceeds from condominium conversion sales. On that positive note, I'd like to turn the call over to Robby Rothenberg to discuss the operating results of our homebuilding division.

ROBBY ROTHENBERG, PRESIDENT, COO, TARRAGON CORP: Thank you, Bill, and good morning, everyone. First of all, I would like to review some statistics with you for the fourth quarter and year ended 2006, then delve into some of the more interesting trends and opportunities we see in our markets and the home building industry as a whole. During the fourth quarter of 2006, we delivered 570 homes valued at $126 million compared to 949 homes worth $251 million in the fourth quarter 2005. We wrote 448 net new orders this quarter worth $102 million at an average price of $227,000 compared with 527 net new orders worth $139 million at an average sales price of $263,000 in the fourth quarter 2005.

One of the interesting trends we have seen is that traffic and buyer interest has remained stable over the last several quarters. In fact, our traffic rate as it relates to inventory available for sale has remained consistent throughout 2005 and 2006. So while it is still true that people prefer to own their homes, the developer must make a compelling case for buying right now in this negative home buying environment. We did just that during our fourth quarter Home-A-Palooza sales campaign where in the course of the last two weeks of November we sold 185 homes. This two-week period generated over 10% of our net new orders for all of 2006.

We believe this demonstrates that buyer demand still exists, although it takes more effort to surface it. But when confronted with a sense of urgency and competitive prices, conversion rates increase and default rates decline. We intend to run several similar campaigns in 2007, beginning next month. These programs are consistent with our desire to reduce debt while accessing our capital embedded in the condominium conversion inventory.

Two other positive trends materialized during the fourth quarter involving our conversion and cancellation rates. This past quarter our conversion rate, the percentage of shoppers who signed noncancellable contracts to buy a home, increased to 7.7%, the highest in 2006. Also, our default rate in the fourth quarter declined to under 10%, the lowest since the third quarter of 2005. With almost all of our defaults related to the lower priced condominium conversions in our southeast

portfolio. In the northeast we experienced just the 1% default rate during 2006. We believe these trends indicate an improvement in buyer psychology and suggests an improving market.

Our home building backlog, excluding land development at the end of December 2006 was $240 million representing 607 homes compared to 330 million representing 1152 homes at December 31, 2005. It should be noted that over 50% of the December 2006 backlog value came from contracts written in the northeast. The average contract price in the backlog was $395,000 at December 31, 2006, compared to $287,000 at the end of 2005. This shift is a direct result of our strategy to redeploy capital from our southeast condominium conversions to ground-up developments in the northeast. We are just beginning to see the impact of several of our northeast developments in Hoboken and Edgewater, New Jersey, as well as New York and Connecticut. You will see more evidence of this when I discuss the home building pipeline.

But first, some brief commentary on our active projects. As of December 31, we had 35 active communities with over 4500 homes with an estimated remaining sell-out of nearly $1.4 billion. 37% of this revenue will be derived from our southeast condominium projects, 38% from new, mid, and high-rise buildings, and 25% from our new townhomes. The average margin for the remaining sell-out has decreased to 17% from 24% a year ago. This is primarily due to the reduced margins in our southeast conversion portfolio where we have aggressively priced our remaining inventory of condominiums and marketed them to sell. Our mid-rise, high-rise, and townhome developments have average net pretax margins of 19%.

It is important to reconcile these anticipated future margins with our fourth quarter and 2006 results. Clearly our gross profit margins for the year were skewed by the impairments and write-downs Bill mentioned at the start of this call, a significant portion of which were reflected in cost of sales. Absent these charges the gross profit margin for 2006 would have exceeded 16%. Furthermore, unlike many home builders we include in our cost of sales much of our development salaries, marketing, and selling expenses, which together account for about 4 percentage points of our cost of sales. As a result, our gross margins and our G&A as a percentage of revenue appear lower than others in the industry.

As we mentioned in our last quarterly call, and in yesterday's press release, we are responding to market opportunities by emphasizing development of rental partners. In 2006, we completed construction and lease-up of four rental communities representing almost 900 units in Connecticut, New Jersey, Florida, and Tennessee. We are currently building six other rental communities comprising 1775 apartment homes in the same four states and Texas. We see rental apartment development as a profitable business segment and one tailored to our skills in corporate structure.

Based on today's high demand and favorable valuation for rental properties we anticipate margins in excess of 20% on our new rental developments. We have previously discussed how we intend to reduce debt on condominium conversion properties, and recycle our capital, but of even greater importance are the cash proceeds we anticipate this year from our ground-up developments in both the northeast and southeast markets. During 2007, we expect our ground-up developments, in addition to our planned sale of five of our new rental communities, to generate net cash proceeds to Tarragon of over $160 million in addition to paying off $200 million of debt shown in our year-end balance sheet. These proceeds, together with the capital generated from condominium conversion sales will provide sufficient working capital to cover our overhead and debt service and allow us to fund new projects in the northeast and Tennessee.

Our home building pipeline, made up of sites owned or controlled by the Company, not yet included in active development, totaled more than 4600 homes in 22 communities. Based on estimated potential revenue 55% of the pipeline will come from mixed use residential and commercial developments, 34% from mid-rise developments, 6% from traditional townhome communities, and 5% from condominium conversions. Tarragon has an 87% weighted average interest in the development pipeline. As I noted previously, while more than half of our backlog is comprised of contracts written in the northeast, three-quarters of our pipeline will come from new northeast developments. These developments will bear fruit over the next several years as we take them through the laborious northeast approval process. This future revenue stream coupled with our $1.4 billion of active projects will provide sustainable earnings and cash flow well into the next decade. Bill Friedman will now review the fourth quarter and 2006 results of our real estate services division and discuss progress on proposed spin-off of the home building division.

BILL FRIEDMAN: Thank you, Robby. Although most of our attention has been on growing our home building division for the past few years, asset values in our real estate services division have continued to increase as a result of our policy of continuous capital improvements and aggressive and cost-conscious management. In our rental apartment communities, through December 31, same-store now operating income was up over 6% year-over-year, and up more than 10% the last quarter of the year compared to the prior year quarter. We now estimate our current net asset value of our real estate services division, based on estimates of the rental properties current value as provided by markets and Millitap, at over $7 a share. However, because of historical based accounting, years of depreciation, and numerous mortgage refinancing the separate balance sheet of our real estate services division will reflect negative book value of about 35 million.

Tarragon began its real estate services business creating value for shareholders through improving income from advantageously acquired rental real estate. Over the last 8 years we have de-emphasized this business by taking capital out of it to aggressively expand our development activities. The proposed spin-off of our home building business which will be renamed Tarragon, will enable us to once again create value through real estates, in the real estate services business free of the constraints imposed by being part of a combined enterprise. The spin-off will increase the tangible book value of the home building company to over $417 million, or $13.75 per share. More important, we believe it will free our real estate services business to take advantage of opportunities to generate income through property and asset management services, to acquire value-added rental properties for repositioning, and renovation, in exchange for mature properties presently in our portfolio, and to acquire other real estate services operations.

We have 500 seasoned property management professionals in our real estate services division including recognized experts in leasing, training, property renovations, and management, with much underused capacity. This is a platform ready to handle a substantially greater business. As an independent company to be named Sage Residential Services, we will be better able to harness our employees' energies, and skills to produce shareholder value.

As many of you know, we filed a proxy and registration statement on February 9, to implement the proposed business separation and expect a shareholder vote in June. Our plan is to distribute all of the stock to our shareholders on the record date so that both the home building company and the real estate services company will be owned by current Tarragon shareholders. As was true of Tarragon before we developed our home building business, before property sales, Sage is likely to operate at a loss each year because of depreciation and high levels of fixed rate debt encumbering its assets. At least until we substantially increase our third-party management and other fee income.

Case 1:07-cv-08689-PKC   Document 15-10   Filed 05/16/2008   Page 6 of 12

Page 5
Q4 2006 Tarragon Corp Earnings Conference Call - Final FD (Fair Disclosure) Wire March 20, 2007 Tuesday

Conversely, the home building division operating as a separate company will show higher earnings because it will not have the drag of Sage's substantial depreciation and debt load. On an overall basis Sage's depreciation is running at an annual rate of about $18 million.

Due to the effects that the timing of the spin-off will have on our operating results, we are delaying 2007 guidance until the spin-off is completed. As stated in yesterday's press release our goal is to validate the confidence our investors have placed in our long-term strategy, to aggressively manage our balance sheet, and to improve earnings. This quarter's results still show the effect of the challenging real-estate market that all home builders have faced since early 2006. We have been proactive during this period, adjusting our underwriting criteria for new investments and developments based on current market conditions. Delaying some projects and shifting others that were originally planned as for sale projects to rentals. Also, Tarragon's business model is founded on finding opportunities in the lengthy approval processes and other challenges of urban development, opportunities which are relatively less sensitive to the real estate cycle and the timing of an eventual turnaround. It remains unclear when we will see a turnaround in Florida but our business plan of building high density multifamily homes in underserved markets is not waiting on that.

Before we open up for questions I want to say a few words about what my friend Bob Rohdie refers to as his partial retirement. Bob and Tarragon began working together over ten years ago and no one has contributed more to our development as a homebuilder than Bob. He has done this not just or even mainly through the 8,000 rental apartments that he created for us but more through the example of professionalism, quality, hard work, and fairness that he sets for our younger developers and construction managers. With this in mind, I told Bob two years ago that I would not permit him to retire. He agreed to stay on then and to concentrate on replacing himself. Satisfied that he has made great strides in doing so, I have now acquiesced in his desire to relinquish his role as CEO of our development company and to assume that of a new position, Mentor in Chief to our developers and construction managers. I have every expectation that Bob, together with his unique blend of creativity, experience, hard-headedness, and warmth, will be available to all of us as a Senior Consultant and trouble-shooter for years to come. At this point, I would like to open the call to questions.

OPERATOR: Thank you. [OPERATOR INSTRUCTIONS] We'll go to [Jeremy Peskof] of Roth Capital Partners.

JEREMY PESKOF, ANALYST, ROTH CAPITAL PARTNERS: Hello, how are you? It was recently record that you hired C&W to market 1000 Jefferson Street in Hoboken as a rental building to be delivered vacant. Is this true? If so, why are you selling this property, assuming that if you stabilized it, you could generate a lot more of a profit on down the road?

BILL FRIEDMAN: Well, first, I don't agree with your assumption that the property would necessarily be worth more down the road. People are being invited to bid on this property either vacant or leased up. And we will choose among the bidders the one that offers us the greatest present value. Including the possibility of co-investing with the buyer. We have had 25 showings so far. The property information was released week before last, I believe, and we're calling for bids the beginning of April. And we've had great interest and there will be an announcement probably the middle or end of April.

JEREMY PESKOF: Good. And one more question. The Newbury Village transaction, why sell it rather than refinance it, presuming that you've probably had some sort of tax liability associated with the seal, when you could have probably refinanced it and taken money out that way?

BILL FRIEDMAN: Well, we weigh those concerns -- thos issues with respect to every project we undertake. At the cap rate we sold that property, we generated significantly more cash than we would have through a refinancing. The reason for selling one property as opposed to another has to do with our assessment of its future, as well as tax considerations and ramifications. That project, because of cost overruns and issues involving the contractor which are in litigation today generated a very low taxable gain. But it generated a lot of cash and a lot of debt reduction. So it made sense to sell it even though, frankly, it does have great prospects for the future.

JEREMY PESKOF: Thank you very much.

BILL FRIEDMAN: You're welcome.

OPERATOR: Thank you. We'll go next to [Myron Kaplan], a private investor.

MYRON KAPLAN, ANALYST: I want to ask you if you could possibly reconcile -- I know it's a big task -- the number of communities that you carried at the end of 2005? In other words, going into 2006 with what you have now for 2007, along with all the purchases, and new approvals, completions of the old ones and the write-offs of the not likely ones and so forth?

BILL FRIEDMAN: That's very hard to do on the fly. We do and will have reconciling charts in the 10-K.

MYRON KAPLAN: When will it be filed?

BILL FRIEDMAN: The 10-K will be filed later this week. But in broad strokes, the pipeline today is smaller, represents fewer new apartments, than it did a year ago, principally because of the cancelation of a very large project in New Jersey in Rutherford that we determined was not likely to get municipal approvals. Absent that elimination, the pipeline, although there are a number of changes, is roughly the same size as it was a year ago. And the number of active communities also is roughly the same as -- fewer because of sell-out of condominium conversion in a couple of Florida communities, the Hamptons and Vintage cottages in Orlando principally.

MYRON KAPLAN: I guess also the decline in value of the backlog or the potential backlog is because of the lowering the selling prices especially down South?

BILL FRIEDMAN: To some extent. The greatest impact though is on the continuing sale and the fact that in the last 12 months we haven't added any conversion communities. In addition to the sell-out of the number of communities there were about 1400 units in potential condominium conversions that we have converted back to rent them and switched to Sage rather than Tarragon.

MYRON KAPLAN: Transferred back to Sage?

BILL FRIEDMAN: Right.

MYRON KAPLAN: I'll look for the 10-K then. Thank you.

BILL FRIEDMAN: Thank you, Myron.

OPERATOR: We'll go next to Tony Campbell of Knott.

TONY CAMPBELL, ANALYST, KNOTT: Good morning. Thank you for taking my question. I wondered, I'm a little confused. On the last conference call, I think a statement was made about

the indebtedness that's being guaranteed, and the proxy on page Q3, it seems that -- am I correct in assuming that even if you spin off either company that the debt will be on both companies, one company will be responsible for the debt et cetera?

BILL FRIEDMAN: Well, this depends on each indenture or mortgage instrument. The vast majority of Sage's debt is non recourse debt, which is not guaranteed either by Tarragon Homes or Sage. However, most of Tarragon homes' debt, the homebuilder debt, is mainly recourse, or at least partially recourse. And in those cases -- in some cases, both companies will be liable on the debt, and they will deliver indemnities, so that the responsible companies will indemnify the other company with respect to that debt.

TONY CAMPBELL: I guess I have a couple of other questions, if I might. When will we see a balance sheet? It's sort of unusual to issue a -- an annual statement without at least a balance sheet.

BILL FRIEDMAN: Later this week.

TONY CAMPBELL: Okay. And the other thing that I sort of found a little unusual, and I was wondering if you could explain to me, it's sort of unusual for CEOs to guarantee debt and pledge security in it. I wonder if you could just clear up that confusion for me.

BILL FRIEDMAN: Well, there's no Tarragon or Sage debt that I presently guarantee. But a number of the lenders that we have dealt with are lenders that I had dealt with for many, many years prior to becoming CEO of Tarragon. And it was hard to move them off old habits. But I have succeeded, and I am no longer guaranteeing any company debt.

TONY CAMPBELL: Okay. Thank you very much.

BILL FRIEDMAN: You're quite welcome.

OPERATOR: Thank you. We'll go next to [Jeffrey Talbert] of [Wesley] Capital.

JEFFREY TALBERT, ANALYST, WESLEY CAPITAL: Good morning. Also, thank you for taking my questions. I realize that we'll get a balance sheet later this week but just for purposes of the call what was the cash balance, unrestricted cash at 12/31/06 for the combined company, please?

BILL FRIEDMAN: We're looking it up.

JEFFREY TALBERT: You know what I'll do, is let me ask you a second question while you look at that and that way we don't wast time. The $7 of estimated fair market value for Sage is that tax effected to reflect -- what was the tax that it would be incurred if it were sold in a farm fund transaction?

BILL FRIEDMAN: No.

JEFFREY TALBERT: What would the estimated tax bill? Should I just back into that?

BILL FRIEDMAN: The cash balance was 23.5 million.

JEFFREY TALBERT: I'm sorry, Bill, did you say the tax, the basis or the--?

BILL FRIEDMAN: No, no, I'm answering your first question. Cash balance was 23.5.

JEFFREY TALBERT: Got it. Thank you.

BILL FRIEDMAN: The tax basis of these properties is different from the book value because of a lot of different reasons, but we don't have any intention of engaging in a transaction in which the

Q4 2006 Tarragon Corp Earnings Conference Call - Final FD (Fair Disclosure) Wire March 20, 2007 Tuesday

properties would be sold in bulk. We expect to sell individual properties through 1031 tax free exchanges and the whole portfolio if it's ever sold, we would seek a tax -- a benign tax treatment for the sale either tax-free merger or some other transaction in which we do not pay the taxes. In a number of cases the tax due on a sale of a specific asset could exceed the cash that we would realize from a sale because of 20 years of depreciation, coupled with increasing the debt on the properties as the value has increased.

JEFFREY TALBERT: In essence, although we can keep rolling that lower base into other properties, it's just a question of having to roll that basis rather than ultimately eliminate the issue? Got it. Okay. Which five properties are being transferred, if I may ask, please, from home building to Sage? Reflections on the Lake, North Gate, Montera, Floresa, and Vista Grand. Got it. Part of the same question, you mentioned, and I realize because of the depreciation that you don't expect Sage to be earnings positive in its early years, what about from a cash flow perspective net reserves and debt service?

BILL FRIEDMAN: Sage is probably going to operate at a slight cash flow loss before property sales or refinancings. But after principal payments. So if all of our mortgages were interest-only, I would say Sage would be breaking even over the next 12 months before property sales.

JEFFREY TALBERT: Got it. Bill is that net sort of normal reserves for replacement, sort of 3% of revenues that kind of thing?

BILL FRIEDMAN: Well, it's not figuring reserves, it's figuring actual capital.

JEFFREY TALBERT: Okay. One more question, then I will certainly get back in the queue, and I appreciate your time on all this. One of the -- I think the gentleman just before me asked about debt guarantees, that kind of thing. One of the things I was just reconciling, on page 74 of the proxy it indicates that, what I guess had been a previous $20 million line of credit that you and your wife had provided for the Company had been expanded in '06 to $30 million, and that there was $10 million outstanding at year end. And I was just trying to understand, going forward, whether that will be a normal course of the two companies and whether -- just didn't seem unusual for public companies to be using that kind of facility versus debt from a bank.

BILL FRIEDMAN: Well, it's unusual for a public company to have a shareholder family that owns almost 50%. So that, our future is so entwined with that of the Company that we feel it's appropriate for us to lend our support to the Company and I think the banks are very happy to see that, but also, it's been our policy since joining Tarragon not to invest in real estate except through the Company. And, real estate is what I know, and I don't want the Company not to take advantage of an opportunity when I have liquidity and would otherwise be doing it myself. So I look at that time line of credit as something that eliminates potential conflicts and puts my interests aligned with the Company.

JEFFREY TALBERT: Listen, as always, thank you for taking the questions. Good luck. We appreciate it.

BILL FRIEDMAN: Thank you.

OPERATOR: Thank you. [OPERATOR INSTRUCTIONS] We'll go to [Robin Carr] with National City Bank.

ROBIN CARR, ANALYST, NATIONAL CITY BANK: Good morning. How are you doing?

BILL FRIEDMAN: I'm doing fine, Robin. How are you?

ROBIN CARR: Great. Thanks. Couple questions for you, Bill. On the 10-K that's going to be released later this week will that show the 1400 rentals and which ones are going to -- converted from the condo conversions back to the rentals?

BILL FRIEDMAN: Yes.

ROBIN CARR: In the previous past you have been able to give us really good detail of that and I appreciate that. As it relates to the margin what we have been seeing in the state of Florida, as you know, we're in Orlando, the percentage of contracts that you have existing versus new contracts and part and parcel to that, can you define what you mean by gross margin adjustment? In other words, are you having to revisit your existing contracts and get them to close by giving them incentives or offering them rebates or something, or does that relate to new contracts, and at the same time, offering rebates for that?

BILL FRIEDMAN: Yes, I don't think there have been any significant number of existing contracts where we've offered people incentives to close. Let me let Robby answer the rest of your question.

ROBIN CARR: Great.

ROBBY ROTHENBERG: We have, as I said earlier, we have had tremendous success last year with the -- with what we call the Home-A-Palooza campaign where we had, for a finite period of time, we had promotional incentives to buyers, some pricing discount to buyers and incentivizing brokerage communities. We found extreme success in that strategy and we plan to continue doing that this year. What we have done is we've looked at the ending inventory at December 31, and we have assumed more aggressive pricing and more promotional expenses, which reduced the margin on the balance of the inventory.

ROBIN CARR: It's safe to say that -- thanks, Robby, for that -- that the result of your net margin decreasing was discounting of existing units that were not under contract to get them out -- to get to blow that inventory out?

ROBBY ROTHENBERG: That's correct.

ROBIN CARR: Thank you. Bill, on the debt that you said was going to go from 395 million to 200 million is that strictly condo conversion debt or all debt?

BILL FRIEDMAN: No, that's strictly condo conversion debt. That is the loans on properties under condominium conversion.

ROBIN CARR: Robby, I think you mentioned the default rate was less than 10%. Was that the same as cancelation rate?

ROBBY ROTHENBERG: Well, we define defaults as people that have passed their incision point so they are locked into their contract, and they don't come to the closing table.

ROBIN CARR: Great. So we would view that as a cancelation rate. So for 2006 that was less than 10%? I just wanted to clarify that.

ROBBY ROTHENBERG: For the fourth quarter, it was less than 10%.

BILL FRIEDMAN: Right. In the fourth quarter was the lowest cancelation rate for the year for us. So it had actually been somewhat higher in prior quarters.

ROBIN CARR: What would have been the average for 2006, Bill?

Q4 2006 Tarragon Corp Earnings Conference Call - Final FD (Fair Disclosure) Wire March 20, 2007 Tuesday

BILL FRIEDMAN: The average for the year, according to Bill Thompson, is 16%.

ROBIN CARR: Just a few other ones, Bill, if you guys can bear with me.

BILL FRIEDMAN: At the same tame, in the northeast our cancelation rate was less than 1%.

ROBIN CARR: And I had that, Bill, and I appreciate that. The only other few questions I've got for you, Bill, is do we hear you correctly that at Sage, that all the debt will be non recourse, or the vast majority of it?

BILL FRIEDMAN: The vast is majority of it, there are a number of recourse mortgages, or partial recourse on mortgages, especially those associated with the former condominium conversion properties.

ROBIN CARR: Great. The last question, and comment, [Inaudible] obviously is, in the proxy that was filed on February 9, or the preliminary proxy, it had pro forma balance sheets for Tarragon and Sage. When that goes to the shareholders, will that be updated, adjusted? How much of a moving target might that be?

BILL FRIEDMAN: Yes, it will be updated. The 10-K will, in effect have -- not in effect, will have updated segment balance sheets, as of 12/31, and the proxy materials, when they are refiled, will also have updated audited segment pro forma balance sheets.

ROBIN CARR: Great. And then at that point, that's what you -- you can obviously share with the bankers who have to look at any transfer that you might have going from Tarragon Corporation to Tarragon Homes and/or Sage?

BILL FRIEDMAN: Yes. And we've committed, Robin, as you know, that every banker will be -- will have a position that is at a minimum equal if not enhanced by reason of this transaction. We believe each company will have an enhanced financial position because of the transaction.

ROBIN CARR: Great. Bill, thanks very much for your time, as always.

BILL FRIEDMAN: You're quite welcome, Robin. Good to hear from you.

OPERATOR: Thank you. [OPERATOR INSTRUCTIONS] And with no further questions, I would like to turn the conference back over to Mr. Bill Friedman for any additional or closing remarks.

BILL FRIEDMAN: Those of you who would like to have the 10-K in order to formulate your questions should have an opportunity to attend -- and I'd like to offer you an opportunity to attend an investor session on March 28, at the Tarragon offices in New York. Please call Alan Oshiki, our Investor Relations professional, or me to make arrangements, but I'd like anyone who has a genuine interest in owning Tarragon securities to take advantage of this opportunity to meet with me and Bill Thompson, Robby Rothenberg, and Erin Pickens, as well as other Tarragon developers and officers and both answer questions with respect to the 10-K and learn more about our current development program. I'd like to thank you all for listening, and look forward to seeing you all later. Thank you.

OPERATOR: Thank you for your participation. That does conclude today's conference. You may disconnect at this time.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

Q4 2006 Tarragon Corp Earnings Conference Call - Final FD (Fair Disclosure) Wire March 20, 2007 Tuesday

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**LOAD-DATE:** April 4, 2007